1   William M. Audet (CA117456)
    AUDET & PARTNERS, LLP
2   221 Main Street Suite 1460
    San Francisco, CA 94105
3   Telephone: (415) 568-2555
    Facsimile: (415) 568-2556
4

5
    Attorneys for Plaintiffs, Jeannan Bosch
6

7
                            UNITED STATES DISTRICT COURT
8
                           NORTHERN DISTRICT OF CALIFORNIA
9

10

11                                                 )    **Case No. 3:06-cv-01919-CRB**
    IN RE: BEXTRA AND CELEBREX                      )
12  MARKETING SALES PRACTICES AND                   )    **MDL NO. 1699**
    PRODUCT LIABILITY LITIGATION                    )    **District Judge:  Charles R. Breyer**
13                                                  )
    _____        )
14                                                  )
    JEANNAN BOSCH,                                  )
15                                                  )    **STIPULATION AND ORDER OF**
                                   Plaintiffs,      )    **DISMISSAL WITH PREJUDICE**
16                                                  )
                         vs.                        )
17                                                  )
    Pfizer Inc., et al.                             )
18                                 Defendants.      )
                                                    )
19

20        Come now the Plaintiff, JEANNAN BOSCH, and Defendants, by and through the

21  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

22  stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'

23  fees and costs.

24

25

26

27

28

                                               -1-

                   **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  DATED: November 9, 2009        AUDET & PARTNERS, LLP

2

3

4  By:_____
        Counsel's Name
5        Attorneys for Plaintiff, Jeannan Bosch

6

7  DATED: Dec. 22, 2009        DLA PIPER LLP (US)

8  By:_____
        Michelle W. Sadowsky
9        Attorneys for Defendants

10

11

12  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
    **IT IS SO ORDERED.**
13

14

15  Dated: JAN - 4 2010
        Hon. Charles R. Breyer
16        United States District Court

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**